1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSEPH HARVEY FONTAINE,          Case No. CV 15-728 SS

12                    Petitioner,

13        v.                               **JUDGMENT**

14   BRIAN KOEHN, Warden,

15                    Respondent.

16

17

18        Pursuant to the Court's Memorandum Decision and Order

19   Granting Respondent's Renewed Motion to Dismiss Petition,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed with prejudice.

23

24   DATED:  January 30, 2017

25

26                              _____
                                         /S/
                                SUZANNE H. SEGAL
27                              UNITED STATES MAGISTRATE JUDGE

28